JOHN W. HUBER, United States Attorney (#7226)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682



FILED
U.S. DISTRICT COURT
2015 AUG 12 P 1: 24
SEALED
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ROBERT AARON DAVIS, | INDICTMENT<br><br>18 U.S.C. § 2252A(a)(5)(B), POSSESSION OF CHILD PORNOGRAPHY |

Case: 1:15-cr-00052
Assigned To : Nuffer, David
Assign. Date : 8/12/2015
Description: USA v.

The Grand Jury Charges:

## COUNT I
Possession of Child Pornography
(18 U.S.C. § 2252A(a)(5)(B))

On a date unknown, continuing through December 4, 2013, in the Northern Division of the District of Utah,

ROBERT AARON DAVIS,

defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and

which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of a violation of 18 U.S.C. §§ 2251 or 2252A, as alleged in Count I of this Indictment, the above-named defendant shall forfeit to the United States, (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

- Dell Inspiron Laptop Model N5050
- Hitachi Model HTS547550A9E384

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney